B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 14−10647**

**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Troy Van Cam
   aka Troy V Cam
   4638 N. Racine Avenue, Unit 3
   Chicago, IL 60640

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6753

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

   If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

                                                          FOR THE COURT

Dated: <u>February 11, 2015</u>                           <u>Jeffrey P. Allsteadt, Clerk</u>
                                                          United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-10647-JPC
Troy Van Cam                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley          Page 1 of 1          Date Rcvd: Feb 11, 2015
                              Form ID: b18w         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2015.
```
db           +Troy Van Cam,    4638 N. Racine Avenue, Unit 3,   Chicago, IL 60640-4906
21700476      ABN AMRO Bank N.V.,    Gustav Mahlerlaan 10,    1082 PP Amsterdam,    The Netherlands
21700477     +ABN AMRO Mortgage Group, Inc.,    Po Box 9438,    Gaithersburg, MD 20898-9438
21744425     +Bank Of America, National Association,    c/o Codilis & Associates, P.C.,
               15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
21700478     +Broward County Treasurer,    1800 NW 66th Ave #101,    Fort Lauderdale, FL 33313-4532
21700482     +CitiMortgage, Inc.,    PO Box 6243,    Sioux Falls, SD 57117-6243
22277051     +CitiMortgage, Inc.,    c/o Codilis and Associates, P.C.,   15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
21700483      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21700484     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21700485     +Lee County Treasurer,    112 E 2nd St.,   Dixon, IL 61021-3055
21700487     +Ocwen Loan Servicing,    P.O. Box 6440,   Carol Stream, IL 60197-6440
21700488     +Ocwen Mortgage,    Attn: Bankruptcy,    P.O. Box 24738,   West Palm Beach, FL 33416-4738
21700489     +Palm Village Club Condo,    c/o by First Service Residential,    PO Box 229030,
               Hollywood, FL 33022-9030
21700490      Robert Correll,    Dania, FL 33004
21700491     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21700479     +EDI: AIS.COM Feb 12 2015 01:34:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
21700480     +EDI: CAPITALONE.COM Feb 12 2015 01:28:00      Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
21700481     +EDI: CIAC.COM Feb 12 2015 01:33:00      CitiMortgage, Inc.,    1000 Technology Drive,
               O Fallon, MO 63368-2240
21700486     +Fax: 407-737-5634 Feb 12 2015 03:09:57      Ocwen Loan Servicing,
               1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
22208181      EDI: PRA.COM Feb 12 2015 01:38:00      Portfolio Recovery Associates, LLC,
               successor to CAPITAL ONE, NA,    PO Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2015 at the address(es) listed below:
```
              Jose G Moreno    on behalf of Creditor    Bank Of America, National Association
               nd-one@il.cslegal.com
              Jose G Moreno    on behalf of Creditor    CITIMORTGAGE, INC. nd-one@il.cslegal.com
              Nathan C Volheim    on behalf of Debtor Troy Van Cam courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                              TOTAL: 5
```